U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AUG 16 2005

FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Catherine E. Burke

v.                           Civil No. 04-cv-480-SM

Brookline School District

ORDER

The plaintiff having failed to comply with the court's order dated July 8, 2005, the above case is hereby dismissed without prejudice.

SO ORDERED.

August 16, 2005

Steven J. McAuliffe
Chief Judge

cc:    Catherine E. Burke, pro se